JAMES E. TOOLE, Respondent, *v.* THE CITY OF SYRACUSE, Appellant.

*Toole* v. *City of Syracuse*, 169 App. Div. 911, affirmed.

(Argued December 18, 1917; decided January 8, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 19, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action by plaintiff to recover for the loss of the services of his wife and for money expended by reason of her illness following an injury which she received in falling over a grade stake set by defendant in one of its sidewalks. The answer put in issue the important allegations of the complaint, charged plaintiff's wife with contributory negligence and alleged that it had no knowledge or notice of the defect in question prior to the accident. The case was submitted to the jury on the theory of nuisance, that is, was the presence of the grade stake at the point in question, an unlawful obstruction?

*Carl E. Dorr* and *Stewart F. Hancock* for appellant.

*M. E. Driscoll* and *D. B. Magee* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.